IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

JIMME SUE LOMAN,                           Civil Action File No.

          Plaintiff,

v.

WAL-MART STORES EAST, LP,

          Defendant.

_____/

## NOTICE OF REMOVAL

COMES NOW WAL-MART STORES EAST, LP, named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WAL-MART STORES EAST, LP in the State Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court. 28 U.S.C.A. § 90 (a)(2).  Said lawsuit is styled as above and is numbered as Civil Action File No. 21SC-0306-B.  Plaintiff's claims against Defendant include claims of negligence.

2.

Plaintiff filed her Complaint on or about March 2, 2021.  Defendant  WAL-MART STORES EAST, LP received service of summons and a copy of the Complaint on or about March 5, 2021.  Plaintiff's Complaint did not state or indicate that the amount in controversy exceeded $75,000.

3.

Defendant WAL-MART STORES EAST, LP is a Delaware limited partnership, of which WSE Management, LLC is the only general partner, and WSE Investment, LLC is the only limited partner. The sole member of WSE Management, LLC and of WSE Investment, LLC is Wal-Mart Stores East, LLC, and the sole member of Wal-Mart Stores East, LLC is Walmart Inc. Walmart Inc. is a Delaware corporation with its principal place of business in the State of Arkansas, and it was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of this lawsuit or at any time thereafter. The principal place of business for all entities mentioned in this paragraph is 708 SW 8th Street, Bentonville, AR  72716.

4.

Jimme Sue Loman is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

On June 1, 2021, Plaintiff Jimme Sue Loman served her Supplemental

Responses to Defendant's First Interrogatories, Requests for Admission, and

Document Requests (collectively "Supplemental Responses").  A copy of

Plaintiff's Supplemental Responses are attached hereto as Exhibit "A" and

incorporated herein by reference.  Plaintiff Jimme Sue Loman claims bodily

injuries, pain and suffering, and past medical expenses allegedly due to her fall

at Walmart.  (Exh. A).  In the Supplemental Responses Plaintiff disclosed

$107,822.85 in past medical expenses.  (Exh. A).  Given that Plaintiff asserts

medical expenses over $100,000, the amount in controversy, exclusive of interest

and costs, exceeds $75,000.  Plaintiff's Supplemental Responses, which were

received by Defendant's counsel on or after June 1, 2021, were the first notice

Defendant received that the amount in controversy exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on

complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "B" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the State Court of Forsyth County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the State Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WAL-MART STORES EAST, LP prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

McLAIN & MERRITT, P.C.

 /s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com

The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

 /s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV

## CERTIFICATE OF SERVICE

This is to certify that on June 15, 2021, I electronically filed a **NOTICE OF**

**REMOVAL** with the Clerk of Court using the CM/ECF system which will

automatically send email notification of such filing to attorneys of record.

McLAIN & MERRITT, P.C.

/s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia State Bar No. 213044
Attorneys for Defendant

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com