IN THE STATE COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JIMME SUE LOMAN, | ) |
|     Plaintiff, | ) Civil Action File No. <u>21SC-0306B</u> |
| v. | ) |
| WAL-MART STORES EAST LP., | ) |
|     Defendant. | ) |

**PLAINTIFF'S SUPPLEMENTATION OF DISCOVERY**

COMES NOW the plaintiff and supplements her discovery responses to defendant and shows as follows:

**REQUEST FOR ADMISSIONS**

<u>1.</u>

Plaintiff will not seek, recover or collect from Defendant Wal-Mart Stores East, LP., or from any Wal-Mart entity a sum in excess of $75,000.

**RESPONSE:**

Deny.

<u>2.</u>

Any portion of a verdict against Defendants that exceeds $75,000 will be written down by the Court so that the Judgment shall not exceed the sum of $75,000.

**RESPONSE:**

Deny.

**3.**

Wal-Mart Stores East, LP. shall not be ordered, adjudged or called upon to pay to Plaintiff a sum in excess of $75,000.

**RESPONSE:**

Deny.

## INTERROGATORIES

1.

Please list the medical expenses, which you contend are the result of the Wal-Mart incident, in a format similar to the following: [In the event you do not yet have all of the charges, please provide the name and addresses of all medical providers].

**RESPONSE:**

| Medical Provider | Amount |
| --- | --- |
| PIEDMONT NEWTON HOSPITAL | $88,274.23 |
| ANGELFISH ER PHYS | $1,559.00 |
| SUMMIT RADIOLOGY/ PIEDMONT NEWTON RADIOLOGY | $223.00 |
| ATHENS ORTHO (SURGERY) | $8,491.62 |
| RIVERSIDE REHAB (Nursing Home) | $9,275.00 |

2.

Please list all medical, hospital, medicare and medicaid liens related to the Wal-Mart incident in

a format similar to the following:

**RESPONSE:**

Plaintiff objects to this Interrogatory as it is vague, ambiguous, overly broad, unduly burdensome and not reasonably calculated to lead to discovery of admissible evidence. Without waiving this objection and subject thereto, Plaintiff responds as follows: Plaintiff is not aware of any liens related to this incident.

10.

Please list each and every application you have submitted for Social Security Disability Benefits in a format similar to the following:

**RESPONSE:**

Plaintiff objects to this Interrogatory as it is vague, ambiguous, overly broad, unduly burdensome and not reasonably calculated to lead to discovery of admissible evidence. Without waiving this objection and subject thereto, Plaintiff responds as follows: Plaintiff does not possess documents responsive to this request.

## REQUESTS FOR PRODUCTIONS

1.

All medical expenses or bills or drug bills incurred by you in connection with injuries allegedly received in the occurrence giving rise to your complaint in this civil action.

**RESPONSE:**

Please see enclosed medical documents.

2.

All medical reports (including hospital records) prepared by any physician, psychologist, or other practitioner of the healing arts who treated you for injuries allegedly received in this occurrence in your possession or the possession of your attorney.

**RESPONSE:**

Please see enclosed medical billing and records.

This <u>1st</u> day of June, 2021.

        WOOD CRAIG & AVERY, LLC

        <u>/s/ C. Benjamin Avery____</u>
        C. Benjamin Avery
        Georgia Bar No. 788001
        Attorney for Plaintiff

3520 Piedmont Road, N.E.
Suite 280
Atlanta, GA 30305
ben@woodcraig.com
(404) 888-9962 (470) 552-3620 (fax)

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Plaintiff's Supplementation of Discovery** by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

Howard M. Lessinger, Esq.
McLain & Merritt, P.C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta, Georgia 30326-3240

This <u>1st</u> day of June, 2021.

WOOD CRAIG & AVERY, LLC

<u>/s/ C. Benjamin Avery</u>____
C. Benjamin Avery
Georgia Bar No. 788001
Attorney for Plaintiff

3520 Piedmont Road, N.E.
Suite 280
Atlanta, GA 30305
ben@woodcraig.com
(404) 888-9962
(470) 552-3620 (fax)