UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JIMMIE SUE LOMAN,
        Plaintiff,

vs.

WAL-MART STORES EAST LP,
        Defendant.

CIVIL ACTION FILE

NO. 1:21-cv-02443-SEG

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of Defendant 's Motion for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff takes nothing; that the defendant recovers its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 7th day of November, 2022.

                KEVIN P. WEIMER
                CLERK OF COURT

        By:  s/ A. Edwards
             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 7, 2022
Kevin P. Weimer
Clerk of Court

By:  s/ A. Edwards
      Deputy Clerk